# United States Bankruptcy Court
## FOR THE
### EASTERN DISTRICT OF VIRGINIA

IN RE: MARK WAYNE & MICHELL CLEMENTS SR            CASE No. 00-05-31182
       3808 DOGWOOD AVENUE
       CHESTER, VA  23831

## FINAL REPORT AND ACCOUNT
### DATED: 01-09-06
### CLOSED (COMPLETE)

Pursuant to Chapter 13 Rule 2015(a)(6), your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.  Copies of these detailed records have been filed with the Court, or are attached hereto, and as provided by Chapter 13 Rule 2015(a)(6) are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.     $17515.51
                                                                                 100.00 PERCENT PLAN

| CLAIM NUMBER | CREDITOR'S NAME | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| 001 | DRIVETIME/FKA UGLY DUCKLING | UNSECURED | 5375.00 | 5375.00 | | |
| 002 | JEFFERSON CAPITAL SYSTEMS | UNSECURED | 1165.43 | 1165.43 | | |
| 003 | Wells Fargo Mortgage | WITHDRAWN | | | | |
| 004 | W. BAXTER PERKINSON, DDS | UNSECURED | 655.01 | 655.01 | | |
| 005 | CHESTERFIELD AUTO FINANCE, INC | UNSECURED | 2581.92 | 2581.92 | | |
| 006 | DOMINION VA POWER | UNSECURED | 536.99 | 536.99 | | |
| 007 | KRUMBEIN & ASSOCIATES, PLLC | ATTORNEY FEES | 490.00 | 490.00 | | |
| 100 | KRUMBEIN & ASSOCIATES, PLLC | ATTORNEY FEES | 1310.00 | 1310.00 | | |

ATTORNEY         : Hartley E. Roush
DATE FILED       : 02-10-05
DATE CONFIRMED   : 05-06-05
DATE TERMINATED  :

REFUND TO DEBTOR: 4965.93

| | |
|---|---:|
| ATTORNEY FEES | 1800.00 |
| REFUND, PLAN | 4965.93 |
| TRUSTEE COMMISSION | 435.23 |
| UNSECURED | 10314.35 |
| INTEREST | 0.00 |
| TOTAL DISBURSEMENTS | 17515.51 |

                                                   /S/ Robert E. Hyman
                                                        TRUSTEE